UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FA WEN YAN,

    Plaintiff,

  v.

ASIANA AIRLINES, INC., et al.,

    Defendants.

Case No. 15-cv-01513-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *In re: Air Crash at San Francisco, California on July 6, 2013*, 13-md-02497.

IT IS SO ORDERED.

Dated: April 8, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge